UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD EVES, INDIVIDUALLY AND : 
ON BEHALF OF A CLASS OF :
SIMILARLY SITUATED PERSONS :
　　　　　　　　　　　　　　　　　　　　　:
　　　　v. :
　　　　　　　　　　　　　　　　　　　　　: No.   2:22-cv-04045
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY :

**STIPULATION AND ORDER TO DISMISS CASE**

IT IS HEREBY STIPULATED AND AGREED by and between James C. Haggerty, Esquire (counsel for plaintiff) and Katherine Cole Douglas, Esquire (counsel for defendant) that the present matter is voluntarily dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　BENNETT, BRICKLIN & SALTZBURG, LLC

　　　　　　　　　　　　　　　　　　　　BY:   *Katherine Cole Douglas*
　　　　　　　　　　　　　　　　　　　　　　　　Katherine Cole Douglas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Centre Square, West Tower
　　　　　　　　　　　　　　　　　　　　　　　　1500 Market Street, 32nd Floor
DATE: 2/16/23　　　　　　　　　　　　　　　　Philadelphia, PA  19102

　　　　　　　　　　　　　　　　　　　　　　　　HAGGERTY, GOLDBERG, SCHLEIFER
　　　　　　　　　　　　　　　　　　　　　　　　& KUPERSMITH, P.C

DATE: 2/14/23　　　　　　　　　BY:   _____
　　　　　　　　　　　　　　　　　　　　　　　　James C. Haggerty, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　1801 Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103

　　　　　　　　　　　　　　　　　　　　SO ORDERED:

Date: February 24, 2023　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Mia R. Perez

1